UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANIEL ROBERT WHITE | § | |
| | § | |
|     Petitioner | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-483 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | | |
| DANIEL ROBERT WHITE | § | |
| | § | |
|     Petitioner | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-6 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER GRANTING MOTION FOR CONSOLIDATION

Petitioner filed identical petitions pursuant to 28 U.S.C. § 2241 in the Eastern District of Texas on October 8, 2014, and October 14, 2014. *See White v. United States of America*, Cause No. 1:14cv507, and *White v. United States of America,* Cause No. 1:14cv528. Both petitions were transferred to the Corpus Christi Division of the Southern District of Texas, and assigned the above-referenced cause numbers. Petitioner has filed a motion, in Cause No. 2:15cv06 (D.E. 11), to consolidate his cases. The motion is GRANTED.

Accordingly, the Clerk shall consolidate the above-referenced cases. An additional filing fee will not be required. All future pleadings shall be filed under Cause No. 14cv483. Magistrate Judge Jason B. Libby is assigned pretrial case management of

both cases pursuant to 28 U.S.C. § 636(b), and the Clerk shall terminate the assignment of Magistrate Judge B. Janice Ellington in Cause No. 15cv06.

ORDERED this 4th day of February, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE